# Exhibit 3

**Infringement Claim Chart for U.S. Pat. No. US10237420B1 Vs. Pinterest ("Defendant")**

| Claims | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The Pinterest platform with system-generated Searching Service performs a method of processing requests.<br><br>For Example, Pinterest Searching Service receive user request, process them, and provides needed information right at the system. So, it helps you find what you're looking for and stay in control of what you see.<br><br>Pinterest is a visual discovery engine for finding ideas like recipes, home and style inspiration, and more.<br><br>Source: https://help.pinterest.com/en/guide/all-about-pinterest<br><br>Your home feed is where you'll find Pins, people and businesses we think you'll love, based on your recent activity. We'll also show you Pins from the people and boards you choose to follow.<br><br>Source: https://help.pinterest.com/en/guide/all-about-pinterest<br><br>You can also search for Pins by typing in keywords into the search bar. Try typing "birthday party" in the search bar to see ideas for birthday party decor, party food recipes, and birthday gift ideas.<br><br>Source: https://help.pinterest.com/en/guide/all-about-pinterest |

|  | |
|---|---|
|  | Use the search bar to discover ideas, people and trends. Explore suggested topics or search for topics of your own. Tap **Profiles** on the search page to discover creators, people and brands based on your search. Use your camera to find ideas relevant to your photos and narrow beauty results by skin tone range or hair pattern.<br><br>Source: https://help.pinterest.com/en/guide/all-about-pinterest |
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The Pinterest platform with system-generated Searching Service estimates at least one content-specific or requestor-specific characteristic associated with each received request. For Example, Pinterest estimates at least one content-specific (i.e., search query parameters (what the user looking for)) or requestor-specific (user's intent) characteristic associated with each received request.<br><br>When you start typing in your search query, you might see these tabs appear:<br><br>• **Explore:** Tap **Explore** to see results based on your search<br>• **Shop:** Tap **Shop** to browse shoppable product Pins based on your search<br>• **Profiles:** Tap **Profiles** to discover creators, people and brands based on your search<br><br>Source: https://help.pinterest.com/en/article/discover-ideas-on-pinterest |

> Use the search bar to discover ideas, people and trends. Explore suggested topics or search for topics of your own. Tap **Profiles** on the search page to discover creators, people and brands based on your search. Use your camera to find ideas relevant to your photos and narrow beauty results by skin tone range or hair pattern.

Source: https://help.pinterest.com/en/guide/all-about-pinterest

> Find all the Pins you save, boards you create, and Pins you try in your profile. You can also see who's following you and the boards and people you follow. Only you can see your secret boards when you view your own profile.

Source: https://help.pinterest.com/en/guide/all-about-pinterest

> You can search for Pins, boards, or people in the search bar. If you're not quite sure what you're looking for, try typing in something general (like "dinner ideas"), then use Pinterest's suggestions in the search bar (like "healthy" or "for kids") to narrow down your results.

Source: https://help.pinterest.com/en/article/discover-ideas-on-pinterest

| | |
|---|---|
| determining availability of a plurality of | The Pinterest platform with system-generated Searching Service determines a set of available alternate target resources, each having at least one respective target characteristic. |

3

| | |
|---|---|
| alternate target resources, each respective target resource having at least one respective target characteristic; | For Example, Pinterest uses natural language understanding technologies to understand what is being requested and on the basis of this, determine resources (content) on the characteristic such as current availability and query matching of the resources.<br><br>When you start typing in your search query, you might see these tabs appear:<br><br>• **Explore**: Tap **Explore** to see results based on your search<br>• **Shop**: Tap **Shop** to browse shoppable product Pins based on your search<br>• **Profiles**: Tap **Profiles** to discover creators, people and brands based on your search<br><br>Source: https://help.pinterest.com/en/article/discover-ideas-on-pinterest<br><br>## Profiles-only search<br><br>Use profiles-only search to search for profiles only. When you search for an idea, you might see an option that says "Profiles" below your search bar. After you click on this, you'll be taken to a new search that will show profiles only.<br><br>Source: https://help.pinterest.com/en/article/discover-ideas-on-pinterest |

4



Source: https://help.pinterest.com/en/guide/all-about-pinterest

If you click through the Pin, you can visit the website to learn how to make it or where to buy it. As you discover Pins you love, click the red **Save** button to save them to your boards. Tried the perfect birthday cake recipe? Add a comment to tell people how it went or add helpful tips.

Source: https://help.pinterest.com/en/guide/all-about-pinterest

<table>
<tr>
<td></td>
<td>

You can also search Pinterest for products to buy. Find a product Pin and click it to visit the retailer's website.

Source: https://help.pinterest.com/en/guide/all-about-pinterest

## Search for ideas and trends

You can search Pinterest to discover trends and ideas relevant to your interests. When you click or tap the search bar, you can either explore suggested topics or enter a search of your own.

Source: https://help.pinterest.com/en/article/discover-ideas-on-pinterest

</td>
</tr>
<tr>
<td>

evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to

</td>
<td>

The Pinterest platform with system-generated Searching Service evaluates, with the automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources.

For Example, Pinterest uses the content-specific or requestor-specific characteristics of the request and the availability and characteristics parameters of the target resources to evaluate a plurality of alternate allocations of the respective received request with different available resources via artificial intelligence techniques such as neural networks and machine learning.

</td>
</tr>
</table>

| | |
|---|---|
| a ranking dependent on a probabilistic predictive mult ivariate evalua tor, based on the at least one content- specific or requestor- specific characteristic, and the respective targ et characteristi cs of the plurality of alternate targe t resources; and | Your Pinterest Predicts is a personalized Pin that suggests predictions for trends you might like in the year to come, based on your activity on Pinterest. <br><br> Your Pinterest Predicts might also feature a recap of ideas that inspired you over the past year. <br><br> Source: https://help.pinterest.com/en/article/your-pinterest-predicts <br><br> "With 100+ billion human-curated ideas, Pinterest is the biggest image-rich data set ever assembled. This lets Pinterest do interesting things like analyze trends, understand the intent, and predict consumer behavior." <br><br> Source: https://samriddhi2958.medium.com/how-pinterest-uses-machine-learning-fb522fb667f8 <br><br> PINTEREST is no exception. It is a visual search platform where people discover and save ideas. Tens of millions of people interact with Pinterest each day, browsing, searching, and discovering ideas inspired by their tastes. To accomplish this, Pinterest engineers used Computer Vision models that analyze the content of each Pin, filtering abusive and misleading content, optimize ad placements, and ranking nearly 300 billion Pins daily. <br><br> Source: https://samriddhi2958.medium.com/how-pinterest-uses-machine-learning-fb522fb667f8 |

> Now the users love personalization, 80 percent of users are more likely to purchase if the experience is personalized. Analyzing mountains of data by using AI algorithms, Pinterest tailors search results for each of its hundreds of millions of users. Now machine learning touches virtually every aspect of Pinterest's business operations, from spam moderation and content discovery to advertising monetization and reducing churn of email newsletter subscribers.

Source: https://samriddhi2958.medium.com/how-pinterest-uses-machine-learning-fb522fb667f8

> In 2015, **Pinterest acquired Kosei**, a machine learning company that specialized in the commercial applications of machine learning tech (specifically, content discovery and recommendation algorithms). Kosei's product allowed customers to make better product recommendations on their sites, apps, and ads. By analyzing what the user had browsed or purchased previously, Kosei's machine learning engine could compare that against commerce data sets, and predict what someone was most likely to want to buy next.

Source: https://samriddhi2958.medium.com/how-pinterest-uses-machine-learning-fb522fb667f8



Source:        https://samriddhi2958.medium.com/how-pinterest-uses-machine-learning-fb522fb667f8

Source:        https://samriddhi2958.medium.com/how-pinterest-uses-machine-learning-

| | |
|---|---|
| | fb522fb667f8 <br><br> Pinterest's use of AI and ML models: representation learning, recommendation system, and ranking, allow them to customize each dashboard to provide high-quality, relevant content to their users. These optimizations have undoubtedly contributed to Pinterest's high engagement rate. <br><br> Source: https://dev.to/mage_ai/how-does-pinterest-use-machine-learning-ml-3eb2 |
| generating a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targe | The Pinterest platform with system-generated Searching Service generates a control signal, by the automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. <br> For Example, responsive to the evaluation, Pinterest generates a control signal for the allocation of the different available resources. The control signal is selectively dependent on the evaluation in view of other factors such as the overall throughput of the system and the priority and requirements of other concurrent requests. |

| | | |
|---|---|---|
| ts. | | Pinterest's use of AI and ML models: representation learning, recommendation system, and ranking, allow them to customize each dashboard to provide high-quality, relevant content to their users. These optimizations have undoubtedly contributed to Pinterest's high engagement rate.<br><br>Source: https://dev.to/mage_ai/how-does-pinterest-use-machine-learning-ml-3eb2<br><br>Pinterest uses Machine Learning in areas like-<br><br>• Classification is used to detect spam content and users by The Black Ops team<br>• The Discovery team provides recommendations, related content, and predicts the likelihood that a person will Pin content<br>• Visual Discovery team works with complex deep learning algorithms to do object recognition and recommendations<br>• The Monetization team does ad performance and relevance prediction<br>• The Growth team has begun to move into the realm of using intelligence models to determine which emails to send and prevent churn<br>• The Data team is building out a distributed system for machine learning using Spark, so the learning can be efficient and potentially real-time<br><br>Source:          https://samriddhi2958.medium.com/how-pinterest-uses-machine-learning-fb522fb667f8 |

Now the users love personalization, 80 percent of users are more likely to purchase if the experience is personalized. Analyzing mountains of data by using AI algorithms, Pinterest tailors search results for each of its hundreds of millions of users. Now machine learning touches virtually every aspect of Pinterest's business operations, from spam moderation and content discovery to advertising monetization and reducing churn of email newsletter subscribers.

Source:          https://samriddhi2958.medium.com/how-pinterest-uses-machine-learning-fb522fb667f8