Exhibit 4

**Infringement Claim Chart for U.S. Pat. No. US8831205B1 Vs Pinterest ("Defendant")**

| Claim7 | Evidence |
|---|---|
| 7) A method for defining mutually exclusive communication channels between users, comprising: | The Pinterest platform with system-generated follow recommendations performs a method for defining mutually exclusive communication channels between users.<br><br>For example, the platform automatically generates follow recommendation based on user profiles. There are different types of follow recommendations including recommendations for a connection with another user. Each such follow recommendation is unique and therefore mutually exclusive from all others. Each such follow recommendation is delivered to the user for whom the recommendation is made, thereby defining a mutually exclusive communication channel between that user and the other user.<br><br>Pinterest is the app for inspiration. It helps people find useful, relevant ideas—and then bring them to life.<br><br>People don't always have the words to describe what they're looking for. But, they'll know it when they see it. As they browse Pinterest content (called "Pins"), they fine-tune their tastes and find the perfect idea.<br><br>Source: https://business.pinterest.com/how-pinterest-works/ |

Use the search bar to discover ideas, people and trends. Explore suggested topics or search for topics of your own. Tap **Profiles** on the search page to discover creators, people and brands based on your search. Use your camera to find ideas relevant to your photos and narrow beauty results by skin tone range or hair pattern.

Source: https://help.pinterest.com/en/guide/all-about-pinterest

# View your profile

Find all the Pins you save, boards you create, and Pins you try in your profile. You can also see who's following you and the boards and people you follow. Only you can see your secret boards when you view your own profile.

Source: https://help.pinterest.com/en/guide/all-about-pinterest

Your home feed shows Pins from people, topics and boards you follow, plus Pins inspired by your own boards and by your recent activity.

If you find an account you like, you can follow the account to see more of their Pins. The more you engage with or create content on Pinterest, the more likely it is that people will find and follow you.

Your follower count is the number of people who follow you or your boards. If a person follows more than one board you've created, it will count as one follow. Your following count is the number of people or boards that you follow. Both of these numbers may change because the number of people on Pinterest is always changing.

Source: https://help.pinterest.com/en/article/following-and-followers

To keep Pinterest running smoothly, there's a limit to the total number of Pins, boards, and follows we can store for accounts.

You can have up to:

- 2,000 boards, including secret boards and group boards you didn't create
- 200,000 Pins, including Pins on secret boards and Pins on group boards for personal accounts
- 50,000 user follows

Source: https://help.pinterest.com/en/article/limits-for-pins-boards-and-follows

We'll sometimes show you ads or other recommendations based on your activity on Pinterest.

We base these recommendations on things like the Pins you save or the topics you follow. If your settings allow, we may also use information from our ad partners and other sites you visited recently to recommend things to you. For example, if you visit a lot of food blogs, we might show you more recipe Pins.

Source: https://help.pinterest.com/en/article/edit-personalization-settings#:~:te

| | |
|---|---|
| a) maintaining a plurality of user profiles for a plurality of users, each user profile comprising a plurality of user characteristics; | The Pinterest platform with system-generated follow recommendations maintains a plurality of user profiles for a plurality of users, each user profile comprising a plurality of user characteristics.<br><br>For example, the platform maintains a profile for each user. The profile includes user characteristics entered by the user such as boards the user has created. The profile can also include system-derived characteristics of the user based on the user's past use of the platform such as pins the user has saved, as well as users and boards that the user follows.<br><br>Web      Android      iOS<br><br>1. Log in to Pinterest.com<br>2. Click your profile picture in the top-right corner and then click **View profile**<br><br>On your profile, you can also see who's following you and the boards, topics and people you follow. Anyone can see your profile, but only you can see your secret boards when you view your own profile.<br><br>Source: https://help.pinterest.com/en/article/find-your-profile |

# View your profile

Find all the Pins you save, boards you create, and Pins you try in your profile. You can also see who's following you and the boards and people you follow. Only you can see your secret boards when you view your own profile.

Source: https://help.pinterest.com/en/guide/all-about-pinterest

Your home feed shows Pins from people, topics and boards you follow, plus Pins inspired by your own boards and by your recent activity.

If you find an account you like, you can follow the account to see more of their Pins. The more you engage with or create content on Pinterest, the more likely it is that people will find and follow you.

Your follower count is the number of people who follow you or your boards. If a person follows more than one board you've created, it will count as one follow. Your following count is the number of people or boards that you follow. Both of these numbers may change because the number of people on Pinterest is always changing.

| | |
|---|---|
| | Source: https://help.pinterest.com/en/article/following-and-followers |
| | We'll sometimes show you ads or other recommendations based on your activity on Pinterest.<br><br>We base these recommendations on things like the Pins you save or the topics you follow. If your settings allow, we may also use information from our ad partners and other sites you visited recently to recommend things to you. For example, if you visit a lot of food blogs, we might show you more recipe Pins. |
| | Source: https://help.pinterest.com/en/article/edit-personalization-settings#:~:te |
| | Use the search bar to discover ideas, people and trends. Explore suggested topics or search for topics of your own. Tap **Profiles** on the search page to discover creators, people and brands based on your search. Use your camera to find ideas relevant to your photos and narrow beauty results by skin tone range or hair pattern. |
| | Source: https://help.pinterest.com/en/guide/all-about-pinterest |
| b) receiving a plurality of requests for | The Pinterest platform with system-generated follow recommendations receives a plurality of requests for mutually exclusive communication channels among respective users from the plurality of users. |

| mutually exclusive communication channels among respective users from the plurality of users; | For example, when a user submits a completed profile, that submission represents a request from the user for the platform to automatically generate, for the user, at least one follow recommendation. The follow recommendation represents a mutually exclusive communication channel between the users that are the subject of the follow recommendation. The platform has multiple users and therefore receives a plurality of such requests. |
|---|---|

Web      Android      iOS

1. Log in to Pinterest.com
2. Click your profile picture in the top-right corner and then click **View profile**

On your profile, you can also see who's following you and the boards, topics and people you follow. Anyone can see your profile, but only you can see your secret boards when you view your own profile.

Source: https://help.pinterest.com/en/article/find-your-profile

# View your profile

Find all the Pins you save, boards you create, and Pins you try in your profile. You can also see who's following you and the boards and people you follow. Only you can see your secret boards when you view your own profile.

Source: https://help.pinterest.com/en/guide/all-about-pinterest

Your home feed shows Pins from people, topics and boards you follow, plus Pins inspired by your own boards and by your recent activity.

If you find an account you like, you can follow the account to see more of their Pins. The more you engage with or create content on Pinterest, the more likely it is that people will find and follow you.

Your follower count is the number of people who follow you or your boards. If a person follows more than one board you've created, it will count as one follow. Your following count is the number of people or boards that you follow. Both of these numbers may change because the number of people on Pinterest is always changing.

Source: https://help.pinterest.com/en/article/following-and-followers

We'll sometimes show you ads or other recommendations based on your activity on Pinterest.

We base these recommendations on things like the Pins you save or the topics you follow. If your settings allow, we may also use information from our ad partners and other sites you visited recently to recommend things to you. For example, if you visit a lot of food blogs, we might show you more recipe Pins.

Source: https://help.pinterest.com/en/article/edit-personalization-settings#:~:te

Use the search bar to discover ideas, people and trends. Explore suggested topics or search for topics of your own. Tap **Profiles** on the search page to discover creators, people and brands based on your search. Use your camera to find ideas relevant to your photos and narrow beauty results by skin tone range or hair pattern.

Source: https://help.pinterest.com/en/guide/all-about-pinterest

| | |
|---|---|
| c) performing a combinatorial optimization with an automated | The Pinterest platform with system-generated follow recommendations performs a combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, to optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication |

| | |
|---|---|
| processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, with respect to an optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user profiles; and | channels, based on at least the plurality of user profiles.<br><br>For example, as an algorithm-assisted social media platform, Pinterest strives to provide follow recommendations that will be seen as favorable to as many users of the platform as possible. This means that, as optimization criteria, the platform seeks to maximize the overall value, or net benefit, of follow recommendations that are presented to the users of the platform. The value of each follow recommendation is based on the characteristics in the user profiles of the users that are the subject of that follow recommendation. A processor in the platform determines a net value for each potential follow recommendation. To meet the optimization criteria, the platform selects, from the potential follow recommendations, a set of follow recommendations to present to the users that have a maximum net benefit to the users of the platform.<br><br>## View your profile<br><br>Find all the Pins you save, boards you create, and Pins you try in your profile. You can also see who's following you and the boards and people you follow. Only you can see your secret boards when you view your own profile.<br><br>Source: https://help.pinterest.com/en/guide/all-about-pinterest |



Source: https://www.pinterest.com/pinterest/

Source: https://www.pinterest.com/pin/user-profile-design-for-social-media-application--311381761728743735/

Your home feed shows Pins from people, topics and boards you follow, plus Pins inspired by your own boards and by your recent activity.

If you find an account you like, you can follow the account to see more of their Pins. The more you engage with or create content on Pinterest, the more likely it is that people will find and follow you.

Your follower count is the number of people who follow you or your boards. If a person follows more than one board you've created, it will count as one follow. Your following count is the number of people or boards that you follow. Both of these numbers may change because the number of people on Pinterest is always changing.

Source: https://help.pinterest.com/en/article/following-and-followers

We'll sometimes show you ads or other recommendations based on your activity on Pinterest.

We base these recommendations on things like the Pins you save or the topics you follow. If your settings allow, we may also use information from our ad partners and other sites you visited recently to recommend things to you. For example, if you visit a lot of food blogs, we might show you more recipe Pins.

Source: https://help.pinterest.com/en/article/edit-personalization-settings#:~:te

Use the search bar to discover ideas, people and trends. Explore suggested topics or search for topics of your own. Tap **Profiles** on the search page to discover creators, people and brands based on your search. Use your camera to find ideas relevant to your photos and narrow beauty results by skin tone range or hair pattern.

Source: https://help.pinterest.com/en/guide/all-about-pinterest

To keep Pinterest running smoothly, there's a limit to the total number of Pins, boards, and follows we can store for accounts.

You can have up to:

- 2,000 boards, including secret boards and group boards you didn't create
- 200,000 Pins, including Pins on secret boards and Pins on group boards for personal accounts
- 50,000 user follows

Source: https://help.pinterest.com/en/article/limits-for-pins-boards-and-follows

| | |
|---|---|
| d) storing in a memory a description of an optimum set of mutually exclusive communication channels. | The Pinterest platform with system-generated follow recommendations stores in a memory a description of an optimum set of mutually exclusive communication channels.<br><br>For example, for a user to access the system-generated follow recommendations that the platform has selected to present to the user when the user logs into the platform, the platform stores these follow recommendations in a memory associated with the platform. This is done for all users of the platform, which means that the entire set of system-generated follow recommendations that the platform has selected to meet the optimization criteria are stored.<br><br>Web    Android    iOS<br><br>1. Log in to Pinterest.com<br>2. Click your profile picture in the top-right corner and then click **View profile**<br><br>On your profile, you can also see who's following you and the boards, topics and people you follow. Anyone can see your profile, but only you can see your secret boards when you view your own profile.<br><br>Source: https://help.pinterest.com/en/article/find-your-profile |

# View your profile

Find all the Pins you save, boards you create, and Pins you try in your profile. You can also see who's following you and the boards and people you follow. Only you can see your secret boards when you view your own profile.

Source: https://help.pinterest.com/en/guide/all-about-pinterest

Your home feed shows Pins from people, topics and boards you follow, plus Pins inspired by your own boards and by your recent activity.

If you find an account you like, you can follow the account to see more of their Pins. The more you engage with or create content on Pinterest, the more likely it is that people will find and follow you.

Your follower count is the number of people who follow you or your boards. If a person follows more than one board you've created, it will count as one follow. Your following count is the number of people or boards that you follow. Both of these numbers may change because the number of people on Pinterest is always changing.

Source: https://help.pinterest.com/en/article/following-and-followers

We'll sometimes show you ads or other recommendations based on your activity on Pinterest.

We base these recommendations on things like the Pins you save or the topics you follow. If your settings allow, we may also use information from our ad partners and other sites you visited recently to recommend things to you. For example, if you visit a lot of food blogs, we might show you more recipe Pins.

Source: https://help.pinterest.com/en/article/edit-personalization-settings#:~:te

## Your audience is here

463 million people use Pinterest every month to find ideas and inspire their next purchase.[1] If Pinterest were a country, it would surpass the United States as the third largest in the world.

Source: https://business.pinterest.com/audience/

This data is collected via the help of so-called cookies. These are small text files that are stored by Pinterest via the browser on a storage medium of the device used by the website visitor (PC, notebook, tablet, smartphone, etc.). This information is retrieved during later visits to the website and allows the website to recognize the user device. The information stored in the cookies is received, recorded and processed by Pinterest in a personalized form.

Source: https://www.architectum.com/Data_privacy_Pinterest.html#:~:text=The

- **Log data.** When you use Pinterest, our servers record information ("log data"), including information that your browser automatically sends whenever you visit a website, or that your mobile app automatically sends when you're using it. This log data includes your Internet Protocol address (which we use to infer your approximate location), the address of and activity on websites you visit that incorporate Pinterest features (like the "Save" button—more details below), searches, browser type and settings, the date and time of your request, how you used Pinterest, cookie data and device data. You can learn more about the log data we collect here.

Source: https://policy.pinterest.com/en/privacy-policy#:~: