# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.,**<br>Plaintiff,<br><br>*v.*<br><br>**PINTEREST, INC.,**<br>Defendant. | CASE No. 1:23-CV-00811-MN<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Plaintiff PATENT ARMORY INC. ("Plaintiff") files this unopposed motion for an order extending the deadline for Defendant PINTEREST, INC. ("Defendant") to respond to Plaintiff's Complaint for Patent Infringement until and including September 18, 2023.  No party will be prejudiced by this extension.  Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for the requested extension.  This is the first request for an extension of this nature.

Date: August 4, 2023              Respectfully submitted,


                                  */s/ John C. Phillips, Jr.*
                                  John C. Phillips, Jr. (#110)
                                  Megan C. Haney (#5016)
                                  Phillips, McLaughlin & Hall, P.A.

1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Patent Armory Inc.***

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE