IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.,**<br><br>Plaintiff,<br><br>*v.*<br><br>**PINTEREST, INC.,**<br><br>Defendant. | **CASE No. 1:23-CV-00811-MN**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PATENT ARMORY INC. hereby dismisses this action without prejudice. Defendant PINTEREST, INC. has not yet answered the Complaint or moved for summary judgment.

| | |
|---|---|
| Date: August 24, 2023 | Respectfully submitted,<br><br>*/s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>Phillips, McLaughlin & Hall, P.A.<br>1200 North Broom Street<br>Wilmington DE, 19806<br>(302) 655-4200<br>JCP@PMHDELaw.com<br>MCH@PMHDELaw.com<br><br>Isaac Rabicoff<br>Rabicoff Law LLC<br>(*pro hac vice forthcoming*) |

600 Mamaroneck Ave STE 400
Harrison, NY 10528
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Patent Armory Inc.***

SO ORDERED this 25th day of August 2025.

_____
The Honorable Maryellen Noreika
United States District Judge